IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA KIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-521-JJF |
| | ) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this __3__ day of _September_, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge